

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00940-CR

Adrian Gilbert **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9950W
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 30, 2019.

_____
Luz Elena D. Chapa, Justice